Michael F. JACKSON, Appellant,

v.

CITY OF SIKESTON POLICE DEPARTMENT, Appellee.

No. 04–2025.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 26, 2004.

Decided Nov. 30, 2004.

Michael F. Jackson, Brickeys, AR, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Michael F. Jackson appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action, the denial of his motion to amend to add other defendants, and the denial of his motion for reconsideration. Having carefully reviewed the record, we agree with the district court that the instant complaint is time-barred, and we also find that the district court did not abuse its discretion in denying leave to amend because the claims against the additional defendants

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District

would have been time-barred as well. *See Searcy v. Donelson,* 204 F.3d 797, 799 (8th Cir.) (statute of limitations for § 1983 action is same as for personal-injury action in state where action accrued), *cert. denied,* 531 U.S. 898, 121 S.Ct. 231, 148 L.Ed.2d 165 (2000); Mo.Rev.Stat. § 516.120(4) (2000) (statute of limitations for personal injury action is 5 years). We also conclude that the district court did not abuse its discretion in denying Jackson's motion for reconsideration. Accordingly, we affirm, and we also deny Jackson's pending motion for judgment and costs. *See* 8th Cir. R. 47B.